qbo 

**qbo**            9/18/25
To: don sykes >

Hello Don,

Morvenca Trucking LLC has sent you a payment of $650.00, which will be paid on September 19th.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

The QuickBooks Online Support Team

For more information about Intuit Payments' money transmission licenses, including California

 

11:42



# qbo

13 TRANSACTIONS • 13 MESSAGES

---

**Morvenca Trucking LLC has scheduled a...**  Thursday    *Details*

Hello Don,

Morvenca Trucking LLC has sent you a payment of $676.00, which will be paid on September 26th.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

See More

11:41

**qbo**     8/7/25
To: don sykes >

Hello Don,

Morvenca Trucking LLC has sent you a payment of $208.00, which will be paid on August 8th.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

The QuickBooks Online Support Team

For more information about Intuit Payments' money transmission licenses, including California customers' right to refund




**qbo**  8/21/25
To: don sykes >

Hello Don,

Morvenca Trucking LLC has sent you a payment of $1196.00, which will be paid on August 22nd.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

The QuickBooks Online Support Team

For more information about Intuit Payments' money transmission licenses, including California

  

**qbo**  8/28/25
To: don sykes >

Hello Don,

Morvenca Trucking LLC has sent you a payment of $1794.00, which will be paid on August 29th.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

The QuickBooks Online Support Team

For more information about Intuit Payments' money transmission licenses, including California

    

**qbo**      8/14/25
To: don sykes >

Hello Don,

Morvenca Trucking LLC has sent you a payment of $1400.00, which will be paid on August 15th.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

The QuickBooks Online Support Team

For more information about Intuit Payments' money transmission licenses, including California

  

qbo

**qbo**     7/31/25
To: don sykes >

Hello Don,

Morvenca Trucking LLC has sent you a payment of $725.00, which will be paid on August 1st.

If you have any questions about this payment, please contact Morvenca Trucking LLC.

Thank you for choosing QuickBooks Online.

The QuickBooks Online Support Team

For more information about Intuit Payments' money transmission licenses, including California customers' right to refund