# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE**: | } **CASE NUMBER** 25-62396-jwj |
| Don Alexander Sykes | } |
| | } |
| | } **CHAPTER 7** |
| **DEBTOR(S)** | } |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective October 29, 2025 my new mailing address is:

Don Alexander Sykes
8536 Stevenswood Rd.
Windsor Mill, MD 21244


_____/s

Don Alexander Sykes




Respectfully submitted,

Dated: 10/29/2025

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3411 Pierce Drive, NE

Atlanta, Georgia 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**IN RE**:  } **CASE NUMBER** 25-62396-jwj
Don Alexander Sykes  }
  }
  } **CHAPTER 7**
**DEBTOR(S)**  }

## CERTIFICATE OF SERVICE

I hereby certify that on 10/29/2025, I electronically filed the ***Change of Address*** using the Bankruptcy Court's Electronic Case Filing ("ECF") program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Tamara Miles Ogier, Chapter 7 Trustee was served via the ECF electronic mail noticing system.

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Don Alexander Sykes
8536 Stevenswood Rd.
Windsor Mill, MD 21244

Dated: 10/29/2025

Saedi Law Group, LLC

_____/s/_____

Lorena L. Saedi 622072, Attorney for Debtor

Saedi Law Group, LLC

3411 Pierce Dr

Atlanta, GA 30341

Phone: 404-919-7296

Fax: 470-329-0016

Lsaedi@SaediLawGroup.com