**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>DON ALEXANDER SYKES,<br>    Debtor.<br>---<br>MERCEDES-BENZ FINANCIAL SERVICES USA LLC,<br>    Movant,<br>vs.<br>DON ALEXANDER SYKES, and TAMARA M. OGIER, as Trustee,<br>    Respondents. | CHAPTER 7<br>CASE NO. 25-62396-JWJ<br>JUDGE JONATHAN W. JORDAN<br>---<br>CONTESTED MATTER |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Mercedes-Benz Financial Services USA LLC has filed a Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral and related papers with the Court seeking an order lifting the stay as to a certain 2018 Mercedes-Benz C-Class, VIN WDDWJ6EB0JF673167.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Terminate Stay, **in Courtroom 1403, Richard B. Russell Federal Building & U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3361, at 10:00 a.m. on 12/02/2025**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Richard B. Russell Federal Building & U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3361.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

/s/ Ronald A. Levine
Ronald A. Levine, Ga. Bar No. 448736
**LEVINE & BLOCK, LLC.**
P.O. Box 422148
Atlanta, Georgia 30342
(404) 231-4567
Attorney for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DON ALEXANDER SYKES, | ) | CASE NO. 25-62396-JWJ |
| | ) | |
| Debtor. | ) | JUDGE JONATHAN W. JORDAN |
| -------------------------- | ) | -------------------------------- |
| | ) | |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC, | ) ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DON ALEXANDER SYKES and TAMARA M. OGIER, as Trustee, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**MOTION TO TERMINATE STAY AND TO AUTHORIZE**
**MOVANT TO TAKE POSSESSION OF COLLATERAL**

COMES NOW MERCEDES-BENZ FINANCIAL SERVICES USA LLC (hereinafter referred to as "MERCEDES-BENZ") and respectfully represents the following:

1.

The within and foregoing Petition under Chapter 7 of the Bankruptcy Code was filed on 10/27/2025.

2.

Debtor executed a contract which was assigned to MERCEDES-BENZ for value, MERCEDES-BENZ retaining a security interest in the vehicle described therein,(2018 Mercedes-Benz C-Class, Vehicle Identification No. WDDWJ6EB0JF673167), all of which is more fully described in Exhibits "A" and "B" attached hereto and made a part hereof.

3.

Movant is presently unable to take possession of its

collateral and enforce its contractual rights unless the Court terminates, annuls, modifies or otherwise conditions the automatic stay under 11 U.S.C. Section 362.

4.

Movant does not have and has not been offered adequate protection by the Respondent. The retail installment contract provides for 72 monthly payments of $615.82 each. The last payment received on the account was on 06/26/2025. The account was internally charged off and the vehicle was repossessed on 09/29/2025. Moreover, the Debtor has indicated his intent to surrender his interest in the subject vehicle to MERCEDES-BENZ.

5.

Further, the aforedescribed vehicle is not necessary to an effective reorganization since this is not a reorganization case, is depreciating in value daily and the Debtor has no equity in the vehicle. The balance owing on the account is $18,034.45 net, while the approximate appraisal value is $18,850 clean loan value.

6.

Movant makes this request pursuant to 11 U.S.C. Section 362 and seeks a hearing pursuant to Section 362(e).

WHEREFORE, Movant prays:

(a)  That this Court grant Movant an immediate hearing;

(b)  That Movant be granted a final hearing within thirty (30) days from the date of said hearing, pursuant to 11 U.S.C. Section 362(e), and that upon final hearing, the 11 U.S.C. Section 362 be terminated;

(c)  That after notice and hearing, Movant be entitled to unrestrained possession, custody and control of the aforedescribed collateral and be permitted to proceed as by law allowed;

(d) That the Court grant immediate relief and waive the requirements of 4001(a)(4); and

(e) That the Court grant such other relief as is just and proper.

                          Respectfully submitted,

                          LEVINE & BLOCK, LLC

BY: /s/ Ronald A. Levine
     Ronald A. Levine, Esq.
     [GA Bar No. 448736]
     ATTORNEYS FOR MOVANT

Levine & Block, LLC
P.O. Box 422148
Atlanta, Georgia 30342
(404) 231-4567

F:\Autos 2\Mercedes Benz\25-62396\NOH.MFR.COS.wpd

```
                                    BANKRUPTCY NO.25-62396-JWJ
                                    CHAPTER 7
                                    JUDGE JONATHAN W. JORDAN
```

## CERTIFICATE OF SERVICE

I, Ronald A. Levine, Esq. of Levine & Block, LLC., P.O. Box 422148, Atlanta, Georgia 30342 certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age:

That on the 4th day of November, 2025, I served a copy of the within and foregoing NOTICE OF ASSIGNMENT OF HEARING together with the MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on:

**DON ALEXANDER SYKES**

the respondent in this bankruptcy matter by regular first class mail addressed to the said respondent at:

Don Alexander Sykes
8536 Stevenswood Rd.
Windsor Mill, Maryland 21244

And the following parties were served electronically via the courts' ECF Noticing System:

upon Debtor/Defendant(s) attorney:

Lorena Lee Saedi
Saedi Law Group, LLC
3411 Pierce Drive NE
Atlanta, GA 30341

and upon Trustee-in-Bankruptcy:

Tamara Miles Ogier
Ogier, Rosenfeld & Steil, P.C.
P. O. Box 1547
Decatur, GA 30031

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  11/04/2025                  By: /s/ Ronald A. Levine
          (Date)                           Ronald A. Levine, Esq.
                                                            (Ga. Bar No. 448736)